UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 15-08685 PA (RAO)                               Date:   January 19, 2016
Title:        Ryan Abelar v. Unknown

Present:    The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**       (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

   On December 8, 2015, the Court dismissed this case with leave to amend because, in his complaint (filed in the form of a declaration), Plaintiff had failed to name defendants or state the grounds upon which he intended to base his claims. (ECF. No. 4.)  The Court provided Plaintiff a complaint form, and informed Plaintiff that, if he wished to pursue this action further, his First Amended Complaint must be filed on or before January 8, 2016.  (*Id*.)  As of the date of this order, Plaintiff has not filed his First Amended Complaint.

   Accordingly, Plaintiff is ordered to show cause, in writing, on or before **February 2, 2016,** why his action should not be dismissed for failure to prosecute.  Plaintiff may also discharge this Order by filing a First Amended Complaint on or before February 2, 2016.  **If Plaintiff does not wish to pursue this action further, he may request voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached.  Plaintiff is warned that failure to timely respond to this Order, or file his First Amended Complaint, will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(a).**

   **IT IS SO ORDERED.**

   Attachment

                                                                Initials of Preparer      :
                                                                                        gr