JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ABELAR,<br>    Plaintiff,<br>    v.<br>UNKNOWN,<br>    Defendant. | Case No. CV 15-08685 PA (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: March 15, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE